# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-670

| | |
|---|---|
| CITIES4LIFE, INC., *a/k/a* CITIES4LIFE CHARLOTTE; DANIEL PARKS; and PATRICK COURTNEY; <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHARLOTTE, et al., <br><br> Defendants. | ORDER |

**THIS MATTER** is referred to Magistrate Judge David Keesler to conduct a Status and Settlement Conference. The parties are instructed to contact Judge Keesler's chambers within fourteen (14) days to set the date and time for the conference.

**SO ORDERED**.

Signed: September 21, 2018

Graham C. Mullen
United States District Judge