# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-670-KDB-DSC

| | |
|---|---|
| CITIES4LIFE, INC. A/K/A CITIES4LIFE CHARLOTTE, ET AL., <br><br> **Plaintiffs,** <br><br> v. <br><br> CITY OF CHARLOTTE, ET AL., <br><br> **Defendants.** | ) ) ) ) ) ) **ORDER** ) ) ) ) ) |

**THIS MATTER** is before the Court on the Individual Defendants' Motion to Dismiss (Doc. No. 51), Defendants' Partial Motion to Dismiss (Doc. No. 49), the Memorandum and Recommendation and Order of the Honorable Magistrate Judge David S. Cayer ("M&R") entered July 26, 2019 (Doc. No. 61), Plaintiffs' Objections to the M&R (Doc. No. 62), Defendants' Reply to Plaintiffs' Objections (Doc. No. 64) and the parties' associated briefs and exhibits that have been considered in accordance with this Order.

After an independent review of the M&R, Plaintiffs' Objections thereto, and a *de novo* review of the full record, the Court concludes that the recommendation to grant these Motions to Dismiss is correct and in accordance with law. For the reasons stated in the M&R as well as Defendants' briefs, the findings and conclusions of the Magistrate Judge are **ADOPTED** and the Individual Defendants' Motion to Dismiss and Defendants' Partial Motion to Dismiss are **GRANTED**.

**IT IS THEREFORE ORDERED THAT:**

(1) The Magistrate Judge's M&R, (Doc. No. 61), is **ADOPTED**; and

(2) Individual Defendants' Motion to Dismiss, (Doc. No. 51), is **GRANTED**; and

(3) Defendants' Partial Motion to Dismiss, (Doc. No. 49) is **GRANTED**.

Signed: August 29, 2019

Kenneth D. Bell
United States District Judge